UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACH KARNAZES,<br><br>            Plaintiff,<br><br>     v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants. | Case No. 20-cv-02954-JD<br><br>**ORDER** |

The attorneys representing plaintiff Zach Karnazes have asked to withdraw as his counsel of record. Dkt. No. 33. The motion is suitable for decision without oral argument under Civil Local Rule 7-1(b), and is granted. The hearing set for October 21, 2021, is vacated, and the request for a telephonic appearance at the hearing, Dkt. No. 45, is terminated as moot.

Attorneys Irakli Karbelashvili, Irene Karbelashvili, and AllAccess Law Group have demonstrated grounds to be relieved from their representation of Karnazes. Plaintiff's and counsel's submissions, Dkt. Nos. 40, 42, make clear that they have irreconcilable differences about case strategy, and that the attorney-client relationship is frayed beyond repair. The attorneys provided reasonable advance written notice of their intent to withdraw to Karnazes and all other parties who have appeared in the case. *See* Civil Local Rule 11-5(a). As Karnazes acknowledges, counsel provided him with referrals for possible substitute attorneys. Dkt. No. 40-1 ¶ 3. The case is at an early stage, and allowing withdrawal at this time will not unduly prejudice Karnazes.

Consequently, Irakli Karbelashvili, Irene Karbelashvili, and AllAccess Law Group are relieved of further representation of Karnazes in this action as of the effective date discussed below. Karnazes may proceed pro se until another attorney files a notice of appearance on his behalf. Under General Order 78, "[t]he requirement under Civil Local Rule 5-1(b) that a pro se

party must request permission from the assigned judge to use the court's Electronic Case Filing (ECF) system remains suspended until further notice." The Clerk's Office is requested to add plaintiff Zach Karnazes to the ECF filing system at his email address, zkarnazes@gmail.com. The effective date of the withdrawal will be the date on which the attorneys file a statement confirming that Karnazes has been granted ECF filing privileges. Prior to the effective date, the attorneys will keep Karnazes advised of any ECF filing entries, including this order. No other legal services need be performed.

The sealing requests that were filed in connection with the attorney withdrawal papers, Dkt. Nos. 40, 41, are granted for good cause.

The Court is advised that Karnazes has repeatedly requested legal and procedural advice from the Court's courtroom deputy, Ms. Lisa Clark. His declaration identifies some of these occasions. *See* Dkt. No. 40-2 ¶¶ 3, 4. The courtroom deputy is not a litigation resource for parties, and Karnazes is directed not to contact her with such inquiries. To the extent he wants assistance, he should communicate with the staff of the Federal Pro Se program at 415-782-8982 and FedPro@sfbar.org.

**IT IS SO ORDERED.**

Dated: October 18, 2021

JAMES DONATO
United States District Judge

2